UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JENNIFER MANNING, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 3:09-cv-00173-RLY-WGH |
| | ) |
| HOUCHENS INDUSTRIES, INC., | ) |
| | ) |
| Defendant. | ) |

# ORDER ON CASE MANAGEMENT PLAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

__WGH__     APPROVED AS SUBMITTED. PURSUANT TO FED.R.CIV.P. 26(f), DISCOVERY MAY NOW COMMENCE.

_____     APPROVED AS MODIFIED AT SECTION(S) _____. PURSUANT TO FED.R.CIV.P. 26(f), DISCOVERY MAY NOW COMMENCE.

_____     THE CONFERENCE SET FOR _____, 200__, IS VACATED/WAS HELD.

************

__WGH__     THIS MATTER IS SET FOR TRIAL BY JURY ON JUNE 6, 2011, BEFORE THE HONORABLE RICHARD L. YOUNG AT 8:30 A.M., EVANSVILLE TIME (CDT), IN ROOM 301, FEDERAL BUILDING, EVANSVILLE, INDIANA. THE COURT HAS ALLOTTED 3 DAYS.

__WGH__     THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS OCTOBER 30, 2010.

__WGH__     A SETTLEMENT CONFERENCE IS SET IN THIS CASE FOR AUGUST 9, 2010, AT 1:30 P.M., EVANSVILLE TIME (CDT), BEFORE THE MAGISTRATE JUDGE. COUNSEL SHALL APPEAR:

   __WGH__     IN PERSON IN ROOM 328, FEDERAL BUILDING, EVANSVILLE, INDIANA. CLIENT(S) OR CLIENT REPRESENTATIVE(S) WITH FULL AUTHORITY TO SETTLE THIS CASE ARE TO BE AVAILABLE:

      __WGH__ IN PERSON.          _____ BY TELEPHONE.

   _____     BY TELEPHONE. EACH COUNSEL WISHING TO PARTICIPATE IN THIS CONFERENCE SHALL INDIVIDUALLY PLACE A CALL TO (812) 434-6403.[1]

**(See attachment for particulars, including description of which client(s) must attend.)**

OTHER: _____.

DATED: 03/05/2010

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

---

[1]This is the court's bridge line. The first person to call the number will hear a tone and then dead air. As each additional person calls the number, they will hear a tone and then will be able to talk to all other persons who have previously connected to the conference call.

## SETTLEMENT CONFERENCES BEFORE
## U.S. MAGISTRATE JUDGE WILLIAM G. HUSSMANN, JR.

Unless excused by order of the court, clients or client representatives with complete authority to negotiate and consummate a settlement shall attend the settlement conference along with their counsel.  This requires the presence of each party, or the authorized representative of each corporate, governmental, or other organizational entity.  For a defendant, such representative must have final settlement authority to commit the organization to pay, **in the representative's own discretion,** a settlement amount up to the plaintiff's prayer, or up to the plaintiff's last demand, whichever is lower.  For a plaintiff, such representative must have final authority, **in the representative's own discretion,** to authorize dismissal of the case with prejudice, or to accept a settlement in the amount of the defendant's last offer.  Any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must have a fully authorized settlement representative present at the conference.  Such representative must have final settlement authority to commit the company to pay, **in the representative's own discretion,** an amount within the policy limits, or up to the plaintiff's last demand, whichever is lower.  If trial counsel has been fully authorized to commit the client to pay or to accept in settlement the amount last proposed by the opponent, **in counsel's sole discretion,** the client, client representative, or insurance company, as applicable, need not attend.  Counsel are responsible for timely advising any involved non-party insurance company of the requirements of this order.  The purpose of this requirement is to have in attendance a representative who has both the authority to exercise his or her own discretion, and the realistic freedom to exercise such discretion without negative consequences, in order to settle the case during the settlement conference without consulting someone else who is not present.

Each party shall submit (not file) a confidential settlement statement directly to the Magistrate Judge no later than two business days prior to the conference, setting forth the relevant positions of the party concerning factual issues, issues of law, damages, and the settlement negotiation history of the case, including a recitation of any specific demands and offers that have been conveyed.  **The settlement statement should not exceed five(5) pages, and should only include critical exhibits.**

Any request to continue this conference must be in motion form and filed with the court no later than one week prior to the conference, except for emergencies.

**You are reminded of your obligation under Local Rule 16.1(c) which states: "Prior to all court conferences, counsel shall confer to prepare for the conference."**